Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VIII

| | | |
|---|---|---|
| OFICINA DE ASUNTOS DE LA JUVENTUD<br><br>Peticionaria<br><br>v.<br><br>UAW-OFICINA DE ASUNTOS DE LA JUVENTUD LOCAL 3003<br><br>Recurrida | TA2025CE00458 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2023CV09390<br><br>Sobre: Revisión de Laudo |

Panel integrado por su presidenta; la Juez Lebrón Nieves, el Juez Pagán Ocasio y la Jueza Álvarez Esnard

## RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de febrero de 2026.

Examinada la *Moción Conjunta Informando sobre Acuerdo Transaccional Confidencial,* presentada el 11 de febrero de 2026, este Tribunal acoge la solicitud de desistimiento con perjuicio a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, según enmendado, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. __, 215 DPR __ (2025), por lo que se ordena el archivo con perjuicio del caso de epígrafe.

Notifíquese.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones